598

No. 432.  MARTIN ET AL. *v.* TEXAS & PACIFIC RY. CO. October 15, 1934.  Petition for writ of certiorari to the Supreme Court of Texas, and motion for leave to proceed further *in forma pauperis,* denied.  *Mr. Deck Martin, pro se.*  No appearance for respondent.

No. 319.  PEVELY DAIRY CO. *v.* CRIPE.  October 15, 1934.  Petition for writ of certiorari to the Appellate Court, Fourth District, of Illinois, denied.  *Messrs. June C. Smith* and *Walter L. Hensley* for petitioner.  No appearance for respondent.

No. 328.  CAPONE *v.* ADERHOLD, WARDEN.  October 15, 1934.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Messrs. Wm. E Leahy, Wm. J. Hughes, Jr.,* and *James F. Reilly* for petitioner.  *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Justin Miller, James W. Morris, John H. McEvers,* and *Earl C. Crouter* for respondent.

No. 331.  TEXAS EMPLOYERS' INSURANCE ASSN. ET AL. *v.* VOLEK ET AL.  October 15, 1934.  Petition for writ of certiorari to the Supreme Court of Texas denied.  *Messrs. Roy C. Sewell* and *Lawrence Walton Morris* for petitioners.  *Mr. Lewis Fisher* for respondents.

No. 333.  McGINLEY CORPORATION *v.* LIDO OIL CO. ET AL.  October 15, 1934.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Mr. T. R. Boone* for petitioner.  No appearance for respondents.